MR. JUSTICE SHEEHY,
specially concurring:
In addition to my concurrence with the majority opinion, I wish to state some observations.
For the purposes of this case, I am willing to concede that a fundamental right to welfare for the individuals affected does not exist. There is however a constitutionally-mandated duty upon the legislature to provide economic assistance “as may be necessary” for the misfortunate who need the aid of society. Art. XII, Section 3(3). When that duty is shirked by the legislature, upon whatever pretense, the class discriminated against has at least a constitutional right for redress in the courts. I am unable to distinguish the fine line between “fundamental right” for the discriminated class and the constitutional right for redress.
I do not wish to be bound by the statement in the majority opinion that fundamental rights under the Montana Constitution must be found within the Declaration of Rights, Art. II. The Article holds itself open to unenumerated rights which may not be denied to the people. Art. II, Section 34.